294 So.2d 467

**In re Ervin L. CARTLIDGE**

**v.**

**STATE.**

**Ex parte Ervin L. Cartlidge.**

**SC 805.**

Supreme Court of Alabama.

May 19, 1974.

Richard D. Lane, Auburn, for petitioner.

No brief for the State.

FAULKNER, Justice.

Petition of Ervin L. Cartlidge for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Cartlidge v. State, 52 Ala.App. 495, 294 So.2d 462.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.

290 So.2d 658

**In re Veronica CHEEK**

**v.**

**VULCAN LIFE AND ACCIDENT INSURANCE COMPANY.**

**Ex parte Veronica Cheek.**

**SC 694.**

Supreme Court of Alabama.

Feb. 21, 1974.

Hugh A. Locke, Jr., Birmingham, for petitioner.

No brief for respondent.

MERRILL, Justice.

Petition of Veronica Cheek for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Cheek v. Vulcan Life and Accident Insurance Company, 52 Ala.App. 192, 290 So.2d 654.

Writ denied.

HARWOOD, MADDOX, McCALL and FAULKNER, JJ., concur.

293 So.2d 304

**In re CITY OF BIRMINGHAM, a municipal corporation**

**v.**

**Edward J. KELLY.**

**Ex parte City of Birmingham, a municipal corporation.**

**SC 744.**

Supreme Court of Alabama.

April 11, 1974.

Herbert Jenkins, Jr., Birmingham, for petitioner.

No brief for respondent.

MERRILL, Justice.

Petition of City of Birmingham, A Municipal Corporation, for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in City of Birmingham, A Municipal Corporation v. Kelly, 52 Ala.App. 385, 293 So.2d 301.

Writ denied.

HEFLIN, C. J., MADDOX and FAULKNER, JJ., and LAWSON, Supernumerary Justice, concur.